## POLK vs. DUPLANTIER.

*FALL 1811.*
*First district.*

*Appeal summarily tried, if defence be not endorsed.*

APPEAL. The three judges held that if the word *defence* be not endorsed on the answer to a petition for an appeal, the cause is to be tried summarily on Friday, as in the case of an original suit. See *Rules of Court*, art. 26 & 27, *ante* 8, 9.

## CHEW & RELF vs. DELOGNY.

*No summary relief against sheriff failing to bring money into Court.*

THE Court, in this case, recognised and confirmed the decision in *Riviere* vs. *Ross*, *ante* 46, the three judges being present, saying, that if the sheriff do not return an execution, make an insufficient return, or fail to pay the money levied, the party injured cannot have relief, in a summary manner, so as to have judgment against the sheriff.

*Smith* for the plaintiff.

*Caune* for the defendant.